**No. 58416.**—Ames Co., Inc. v. United States, protest 226418–K (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of ox bile similar in all material respects to that the subject of *G. D. Searle & Co.* v. *United States* (21 Cust. Ct. 112, C. D. 1138), the claim of the plaintiff was sustained.

**No. 58417.**—S. A. Haram & Co., Inc., and Milton Snedeker Corp. v. United States, protest 225906–K (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of herring similar in all material respects to that the subject of Abstract 57760, the claim of the plaintiffs was sustained.

**No. 58418.**—United Asia Trading Co. v. United States, protest 220668–K (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of beaded Christmas tree ornaments similar in all material respects to those the subject of *Walco Bead Co., Inc.* v. *United States* (29 Cust. Ct. 62, C. D. 1445), the claim of the plaintiff was sustained.